UNION SQUARE PARK COMMUNITY COALITION, INC., et al., Appellants, v NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION et al., Respondents.

Submitted August 12, 2013; decided September 17, 2013

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that denied appellants' motion for a preliminary injunction, dismissed upon the ground that such portion of the order does not finally determine the action

within the meaning of the Constitution; motion for leave to appeal otherwise granted.